**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 21-cr-00153-CMA-GPG

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSE ESCOBAR-LOPEZ,

   Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant Jose Escobar-Lopez's Unopposed Motion to Exclude Forty-Five (45) Days from the Speedy Trial Act (Doc. # 17). The Court has reviewed this Motion and the case file, and the reasons set forth in the motion, specifically:

1. Initial discovery consisted of 431 written pages of information from the immigration file.

2. Defense counsel has determined additional discovery is needed and has requested additional discovery from the Government.

3. Defense counsel will need additional time to review new discovery with the Defendant once received.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant Jose Escobar-Lopez's Unopposed Motion to Exclude Forty-Five (45) Days from the Speedy Trial Act (Doc. # 17) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **45 days**, which shall be excluded from the speedy trial clock, which currently stands at **July 24, 2021**.  It is

ORDERED that pretrial motions are due by **July 12, 2021**.  Responses due **July 26, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference set for **July 6, 2021** is VACATED and RESET to **August 12, 2021, at 2:00 PM.**  This Hearing will be held via VTC.  Counsel are directed to contact my Courtroom Deputy via email (Socorro_west@cod.uscourts.gov) not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **July 19, 2021** is VACATED and RESET to **August 23, 2021, at 8:30 AM**, Courtroom 602 of the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.

DATED:  June 9, 2021                                         BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge