IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00153-CMA-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOSE ESCOBAR-LOPEZ,**
      *a/k/a Francisco Nogueda-Lopez,*

      **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

MR. JOSE ESCOBAR-LOPEZ,[1] by and through undersigned counsel, Timothy P. O'Hara, respectfully requests Document Nos. 32 and 33 be restricted at Level 2.

                              Respectfully submitted,

                              VIRGINIA L. GRADY
                              Federal Public Defender

                              *s/ Timothy P. O'Hara*
                              TIMOTHY P. O'HARA
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO 80202
                              Telephone: (303) 294-7002
                              FAX:  (303) 294-1192
                              Email: Timothy_Ohara@fd.org
                              Attorney for Defendant

---

[1] The defendant's correct name is Francisco Nogueda-Lopez.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing *Unopposed Motion to Restrict Access* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Peter G. Hautzinger
Assistant U.S. Attorney
Email:  peter.hautzinger@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jose Escobar-Lopez (U.S. mail)

                                               *s/ Timothy P. O'Hara*
                                               TIMOTHY P. O'HARA
                                               Assistant Federal Public Defender
                                               633 17th Street, Suite 1000
                                               Denver, CO 80202
                                               Telephone: (303) 294-7002
                                               FAX:  (303) 294-1192
                                               Email: Timothy_Ohara@fd.org
                                               Attorney for Defendant